**Transferred case has been opened**
cmecfautosender   to: InterdistrictTransfer_CASD                    08/09/2018 10:32 AM

CASE: 3:18-cv-00342

DETAILS: Case transferred from California Southern
has been opened in Southern District of Florida
as case 1:18-cv-23242, filed 08/09/2018.